# Court of Appeals
# of the State of Georgia

ATLANTA,    April 11, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1550.  RASHAAD BESTER v. THE STATE.**

Rashaad Bester was convicted of malice murder and other offenses.  After the trial court denied his motion for new trial, Bester filed a notice of appeal to this Court.

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8).  Because a penalty of death can be imposed for the crime of murder, jurisdiction is proper in the Supreme Court.  See OCGA § 17-10-30 (b); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder").  Accordingly, Bester's appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/11/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*